ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile:  (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANKIE MAITLAND, | ) | Case No.: CV04-00615 JMS-KSC |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | RE PLAINTIFF'S |
| | ) | INTERROGATORIES TO |
| UNITED STATES OF AMERICA, | ) | UNITED STATES OF AMERICA, |
| | ) | SET NO. FIVE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE RE
PLAINTIFF'S INTERROGATORIES TO
UNITED STATES OF AMERICA, SET NO. FIVE

I hereby certify that on this date copies of PLAINTIFF'S

INTERROGATORIES TO UNITED STATES OF AMERICA, SET NO. FIVE were

duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Jeanne M. Franken, Esq. | X | | |

Trial Attorney, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Attorney for Defendant
United States of America


Dated: February 27, 2006                    By /s/ Patti Bannon
                                               Patti Bannon