ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 12 o'clock and 55 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANKIE MAITLAND, | ) | Case No.: CV04-00615 JMS-KSC |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | RE NOTICE OF DEPOSITION |
| | ) | OF NORMAN BRADLEY |
| UNITED STATES OF AMERICA, | ) | (SEAWARD MARINE |
| | ) | SERVICES, INC. EMPLOYEE) |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE RE
NOTICE OF DEPOSITON OF NORMAN BRADLEY
(SEAWARD MARINE SERVICES, INC. EMPLOYEE)

I hereby certify that on this date copies of NOTICE OF DEPOSITION OF NORMAN BRADLEY (SEAWARD MARINE SERVICES, INC. EMPLOYEE) were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Jeanne M. Franken, Esq.<br>Trial Attorney, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Building<br>P.O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br><br>Attorney for Defendant<br>United States of America | X | | |
| James Aleccia, Esq.<br>ALECCIA, CONNER & SOCHA<br>One World Trade Center, Suite 1840<br>Long Beach, CA 90831 | X | | |
| Paul Ferguson<br>SEAWARD MARINE SERVICES, INC.<br>731 Kamehameha Hwy.<br>Pearl City, HI 96782 | X | | |
| Norman Bradley<br>SEAWARD MARINE SERVICES, INC.<br>731 Kamehameha Hwy.<br>Pearl City, HI 96782 | X | | |
| Frankie Maitland<br>91-1752 Punako Street<br>Ewa Beach, HI 96706 | X | | |

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Pacific Reporting Services Unlimited<br>733 Bishop St.<br>Makai Tower, Suite 1470<br>Honolulu, HI 96813 | X | | |

Dated:  March 6, 2006                                By  /s/ Patti Bannon
                                                          Patti Bannon