ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile:  (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 12 o'clock and 55 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANKIE MAITLAND, | ) | Case No.: CV04-00615 JMS-KSC |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | RE NOTICE OF DEPOSITION |
| | ) | OF DEFENDANT UNITED |
| UNITED STATES OF AMERICA, | ) | STATES OF AMERICA |
| | ) | |
| Defendant. | ) | [FRCP 30 (b)(6)] |
| | ) | |

CERTIFICATE OF SERVICE RE
NOTICE OF DEPOSITON OF DEFENDANT
UNITED STATES OF AMERICA

I hereby certify that on this date copies of NOTICE OF DEPOSITION OF

DEFENDANT UNITED STATES OF AMERICA were duly served upon the

following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Jeanne M. Franken, Esq. | X | | |

Trial Attorney, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Attorney for Defendant
United States of America

| | | | |
|---|---|---|---|
| Frankie Maitland | X | | |

91-1752 Punako St.
Ewa Beach, HI 96706

| | | | |
|---|---|---|---|
| Pacific Reporting Services Unlimited | X | | |

733 Bishop St.
Makai Tower, Suite 1470
Honolulu, HI 96813

Dated: March 7, 2006

By _____
Patti Bannon