ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at _____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANKIE MAITLAND, | ) | Case No.:  CV04-00615 JMS-KSC |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | RE PLAINTIFF'S REQUEST FOR |
| | ) | PRODUCTION OF DOCUMENTS |
| UNITED STATES OF AMERICA, | ) | TO DEFENDANT UNITED |
| | ) | STATES OF AMERICA, SET |
| Defendant. | ) | NO. EIGHT |
| | ) | |

CERTIFICATE OF SERVICE RE
PLAINTIFF'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT
UNITED STATES OF AMERICA, SET NO. EIGHT

I hereby certify that on this date copies of PLAINTIFF'S REQUEST FOR

PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED STATES OF

AMERICA, SET NO. EIGHT were duly served upon the following in the manner

indicated below, addressed as follows:

|                          | <u>Mailed</u> | <u>Delivered</u> | <u>Via Facsimile</u> |
|--------------------------|:-------------:|:----------------:|:--------------------:|
| Jeanne M. Franken, Esq.  |       X       |                  |                      |

Trial Attorney, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Attorney for Defendant
United States of America

Dated:  March 7, 2006

By ⟨signature⟩

Patti Bannon