ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at ___11___o'clock and __72__min.__A__M
SUE BEITIA, CLERK

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANKIE MAITLAND, ) | Case No.:  CV04-00615 JMS-KSC |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | RE PLAINTIFF'S RESPONSE |
| ) | TO DEFENDANT UNITED STATES |
| UNITED STATES OF AMERICA, ) | OF AMERICA'S FIRST SET OF |
| ) | INTERROGATORIES AND |
| Defendant. ) | REQUESTS FOR PRODUCTION |
| ) | |

CERTIFICATE OF SERVICE RE
PLAINTIFF'S RESPONSE TO DEFENDANT
UNITED STATES OF AMERICA'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION

I hereby certify that on this date copies of PLAINTIFF'S RESPONSE TO

DEFENDANT UNITED STATES OF AMERICA'S FIRST SET OF

INTERROGATORIES AND REQUESTS FOR PRODUCTION were duly served

upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Jeanne M. Franken, Esq. | X | | |

Trial Attorney, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Attorney for Defendant
United States of America

Dated:  March 13, 2006                          By _____
                                                       Patti Bannon