ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANKIE MAITLAND,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: CV04-00615 JMS-KSC<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br>RE STIPULATED ORDER OF<br>CONTINGENT DISMISSAL |

CERTIFICATE OF SERVICE RE
STIPULATED ORDER OF
CONTINGENT DISMISSAL

I hereby certify that on this date copies of STIPULATED ORDER OF

CONTINGENT DISMISSAL were duly served upon the following in the manner

indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Jeanne M. Franken, Esq.<br>Trial Attorney, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Building<br>P.O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463 | X | | |

Attorney for Defendant
United States of America

Dated: March 24, 2006

By /s/ Maryann Fistonich
Maryann Fistonich