ORIGINAL

```
 1 │ PETER D. KEISLER
   │ Assistant Attorney General
 2 │ EDWARD H. KUBO, JR.
   │ United States Attorney
 3 │ RACHEL S. MORIYAMA
   │ Assistant United States Attorney
 4 │ Rm. 6-100, PJKK Fed. Bldg.
   │ 300 Ala Moana Blvd.
 5 │ Honolulu, HI  96850
   │ Telephone: (808) 541-2850
 6 │ R. MICHAEL UNDERHILL
   │ Attorney in Charge
 7 │ West Coast Office, Torts Branch
   │ JEANNE M. FRANKEN
 8 │ Trial Attorney
   │ Torts Branch, Civil Division
 9 │ U.S. Department of Justice
   │ P.O. Box 36028
10 │ 450 Golden Gate Avenue, Room 7-5395
   │ San Francisco, California  94102-3463
11 │ Telephone: (415) 436-6644
   │ Facsimile: (415) 436-6632
12 │ E-mail: jeanne.franken@usdoj.gov
13 │ Attorneys for Defendant
   │ United States of America
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

MAR 28 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FRANKIE MAITLAND<br><br>Plaintifft,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil No. CV004-00615 SOM-KSC<br><br>IN ADMIRALTY<br><br>STIPULATED ORDER OF<br>CONTINGENT DISMISSAL |

This Court, having been informed that counsel for plaintiff, Frankie Maitland, and defendant, United States of America, have agreed to recommend an offer of settlement to their respective clients, which, if accepted, will result in a full and final settlement of all claims herein, it is hereby

ORDERED that plaintiff's complaint and action, and all claims herein, be

STIPULATED ORDER OF
CONTINGENT DISMISSAL                          1                          Civil No. CV004-00615 SOM-KSC

1  dismissed, without costs and without prejudice to the right of entry of a consent judgment
2  thereon or, upon good cause shown, within ninety (90) days to have this Order of
3  Dismissal set aside and the action and claims reinstated if the recommended settlement is
4  not approved by all parties.
5      IT IS SO ORDERED this 30th day of March, 2006, in Honolulu,
6  Hawaii.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: March 23, 2006

    PETER D. KEISLER
    Assistant Attorney General
    EDWARD H. KUBO, JR.
    United States Attorney
    R. MICHAEL UNDERHILL
    Attorney in Charge
    West Coast Office
    Torts Branch, Civil Division

_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: March 24, 2006

Law Offices of Preston Easley

_____
PRESTON EASLEY

Attorney for Plaintiff
Frankie Maitland