```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

FRANKIE MAITLAND,              )   CIVIL NO. 04-00615 JMS/KSC
                               )
         Plaintiff,            )   ORDER REGARDING "STIPULATED
                               )   ORDER OF CONTINGENT
     vs.                       )   DISMISSAL"
                               )
UNITED STATE OF AMERICA,       )
                               )
         Defendant.            )
_____)
```

ORDER REGARDING "STIPULATED ORDER OF CONTINGENT DISMISSAL"

       On April 3, 2006, Judge Susan Oki Mollway signed the "Stipulated Order of Contingent Dismissal" submitted to her by the parties under the case number "Civil No. 04-615 SOM-KSC." This case number erroneously designated this case as being assigned to her, when, in fact, this case, while originally assigned to her, had been reassigned to Judge J. Michael Seabright in July 2005. On April 7, 2006, it came to Judge Mollway's attention that the "Stipulated Order of Contingent Dismissal" that she had signed included the name of Rachel S. Moriyama, the judge's cousin, on the first page of the document. That name had not been included in earlier papers brought to the judge's attention. Judge Mollway's practice is to recuse herself from cases involving Ms. Moriyama in the absence of an agreement by all parties that Judge Mollway may preside over the case. No such agreement was obtained in this case, as this judge had been unaware of Ms. Moriyama's involvement before the case was reassigned to Judge Seabright. Under the circumstances, Judge

Mollway withdraws her approval of the "Stipulated Order of Contingent Dismissal" and vacates the order she signed.

Judge Mollway will deliver to Judge Seabright for his consideration a copy of the "Stipulated Order of Contingent Dismissal," which will be deemed to be the original "Stipulated Order of Contingent Dismissal" and will be stamped as such.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; April 7, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Maitland v. United States of America; Civil No. 04-00615 JMS/KSC; ORDER REGARDING "STIPULATED ORDER OF CONTINGENT DISMISSAL"