# ORIGINAL

1  PETER D. KEISLER
   Assistant Attorney General
2  EDWARD H. KUBO, JR.
   United States Attorney
3  RACHEL S. MORIYAMA
   Assistant United States Attorney
4  Rm. 6-100, PJKK Fed. Bldg.
   300 Ala Moana Blvd.
5  Honolulu, HI  96850
   Telephone: (808) 541-2850
6  R. MICHAEL UNDERHILL
   Attorney in Charge
7  West Coast Office, Torts Branch
   JEANNE M. FRANKEN
8  Trial Attorney
   Torts Branch, Civil Division
9  U.S. Department of Justice
   P.O. Box 36028
10 450 Golden Gate Avenue, Room 7-5395
   San Francisco, California  94102-3463
11 Telephone: (415) 436-6644
   Facsimile: (415) 436-6632
12 E-mail: jeanne.franken@usdoj.gov

13 Attorneys for Defendant
   United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2006

at 4 o'clock and ___min. ___ .M
SUE BEITIA, CLERK

LODGED

MAR 28 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

14

15         UNITED STATES DISTRICT COURT

16              DISTRICT OF HAWAII

17 FRANKIE MAITLAND              ) Civil No. CV004-00615 SOM-KSC
                                 )
18                               ) IN ADMIRALTY
      Plaintifft,                )
19                               )
         v.                      )
20                               )
   UNITED STATES OF AMERICA      ) STIPULATED ORDER OF
                                 ) CONTINGENT DISMISSAL
21    Defendant.                 )
                                 )
   _____)

22      This Court, having been informed that counsel for plaintiff, Frankie Maitland, and

23 defendant, United States of America, have agreed to recommend an offer of settlement to

24 their respective clients, which, if accepted, will result in a full and final settlement of all

25 claims herein, it is hereby

26      ORDERED that plaintiff's complaint and action, and all claims herein, be

27

28 STIPULATED ORDER OF
   CONTINGENT DISMISSAL              1              Civil No. CV004-00615 SOM-KSC

dismissed, without costs and without prejudice to the right of entry of a consent judgment thereon or, upon good cause shown, within ninety (90) days to have this Order of Dismissal set aside and the action and claims reinstated if the recommended settlement is not approved by all parties.

IT IS SO ORDERED this 7th day of April, 2006, in Honolulu, Hawaii.

UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: March 23, 2006

PETER D. KEISLER
Assistant Attorney General
EDWARD H. KUBO, JR.
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
Torts Branch, Civil Division

JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: March 24, 2006

Law Offices of Preston Easley

PRESTON EASLEY

Attorney for Plaintiff
Frankie Maitland

STIPULATED ORDER OF
CONTINGENT DISMISSAL

2

Civil No. CV004-00615 SOM-KSC