ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at 11 o'clock and 70 min A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANKIE MAITLAND, | ) | Case No.: CV04-00615 JMS-KSC |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | RE CONSENT JUDGMENT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE RE
CONSENT JUDGMENT

I hereby certify that on this date copies of CONSENT JUDGMENT were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |

Jeanne M. Franken, Esq.           X
Trial Attorney, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Attorney for Defendant
United States of America

Dated: April 20, 2006                            By _____
                                                    Patti Bannon