ORIGINAL

| | |
|---|---|
| 1  PETER D. KEISLER<br>   Assistant Attorney General<br>2  EDWARD H. KUBO, JR.<br>   United States Attorney<br>3  RACHEL S. MORIYAMA<br>   Assistant United States Attorney<br>4  Rm. 6-100, PJKK Fed. Bldg.<br>   300 Ala Moana Blvd.<br>5  Honolulu, HI 96850<br>   Telephone: (808) 541-2850<br>6  R. MICHAEL UNDERHILL<br>   Attorney in Charge<br>7  West Coast Office, Torts Branch<br>   JEANNE M. FRANKEN<br>8  Trial Attorney<br>   Torts Branch, Civil Division<br>9  U.S. Department of Justice<br>   P.O. Box 36028<br>10 450 Golden Gate Avenue, Room 7-5395<br>   San Francisco, California 94102-3463<br>11 Telephone: (415) 436-6644<br>   Facsimile: (415) 436-6632<br>12 E-mail: jeanne.franken@usdoj.gov | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>APR 2 5 2006<br><br>at 4 o'clock and 6 min. P M<br>SUE BEITIA, CLERK<br><br>LODGED<br><br>APR 2 4 2006<br>11:20 AM<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF HAWAII |

13  Attorneys for Defendant
    United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FRANKIE MAITLAND | ) Civil No. CV004-00615 ~~SOM~~ JMS-KSC |
|  | ) IN ADMIRALTY |
| Plaintifft, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA | ) <u>CONSENT JUDGMENT</u> |
|  | ) |
| Defendant. | ) |

The above captioned action having been compromised, it is, upon the subjoined consents of counsel

///

///

///

CONSENT JUDGMENT       1       Civil No. CV004-00615 SOM-KSC

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to "The Preston Easley Attorney Client Trust Account", on behalf of his client, Frankie Maitland, the sum of Four Hundred Thousand Dollars and No Cents ($400,000.00), without interest and without costs.

DONE and ORDERED this 25 day of April, 2006 at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: April 20, 2006

PETER D. KEISLER
Assistant Attorney General
EDWARD H. KUBO, JR.
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
Torts Branch, Civil Division

_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: April 21, 2006

Law Offices of Preston Easley

_____
PRESTON EASLEY

Attorney for Plaintiff
Frankie Maitland

CONSENT JUDGMENT                    2                    Civil No. CV004-00615 SOM-KSC