PETER D. KEISLER
Assistant Attorney General
EDWARD H. KUBO, JR.
United States Attorney
RACHEL S. MORIYAMA
Assistant United States Attorney
Rm. 6-100, PJKK Fed. Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850
Telephone: (808) 541-2850
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office, Torts Branch
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2006

at 3 o'clock and 45 min. PM
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| FRANKIE MAITLAND | Civil No. CV004-00615 SOM-KSC |
| Plaintifft, | IN ADMIRALTY |
| v. | |
| UNITED STATES OF AMERICA | SATISFACTION OF JUDGMENT |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A consent judgment having been entered, wherein the United States of America was ordered to pay to "The Preston Easley Attorney Client Trust Account", on behalf of his client, Frankie Maitland, the sum of Four Hundred Thousand Dollars and No Cents ($400,000.00), and said judgment having been fully satisfied and discharged by payment

SATISFACTION OF JUDGMENT                 1                 Civil No. CV004-00615 SOM-KSC

of said amount, receipt of which is hereby acknowledged, you are hereby authorized and directed to enter satisfaction of the consent judgment entered herein.

Dated: April 21, 2006

Law Offices of Preston Easley

*[signature]*

PRESTON EASLEY

Attorney for Plaintiff
Frankie Maitland

SATISFACTION OF JUDGMENT     2     Civil No. CV004-00615 SOM-KSC